UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE PEREZ, PARENT ON BEHALF OF S.G., MINOR,<br><br>　　　　　　　　　　　Petitioner,<br><br>v.<br><br>MOUNTAIN EMPIRE UNIFIED SCHOOL DISTRICT,<br><br>　　　　　　　　　　　Respondent. | Case No.: 19-CV-1629 W (MDD)<br><br>**ORDER GRANTING UNOPPOSED PETITION FOR APPROVAL OF SETTLEMENT AND COMPROMISE OF MINOR'S CLAIMS [DOC. 1]** |

Pending before the Court is a Petition for Approval of Settlement and Compromise of Minor's Claims under California and Federal Law against Respondent Mountain Empire Unified School District. The Petition is brought by Valeria Perez, on behalf of her daughter S.G. ("Student"), a minor and individual with a disability.

According to the Petition, this matter arises from a civil-rights action against Student's "school district for alleged federal and state violations surrounding her disability and events and circumstances that resulted in statutory rape charges being brought against an individual who removed Student from Respondent's High School Campus." (*Petition* [Doc. 1] ¶ 1.) A Government Tort Claim was filed on Student's

behalf with the California Office of Administrative Hearings to exhaust administrative remedies. (*Id.* ¶ 1; *Ex. A* [Doc. 7].) On or about May 3, 2018, the parties entered into the Final Settlement And Release Agreement (the "Settlement"). (*Id.* ¶ 1; *Ex. C* [Doc. 7].) The Petition now seeks Court approval of the Settlement and compromise of the Student's claims. (*Id.* ¶ 12.)

On February 24, 2020, Respondent filed a notice of non-opposition to the Petition. (*See Notice of Non-Opp.* [Doc. 6].)

Having considered the Petition and all supporting papers, the Court **GRANTS** the Petition [Doc. 1], and **APPROVES** the Settlement and compromise of Student's claims.

**IT IS SO ORDERED**.

Dated: April 6, 2020

_____
Hon. Thomas J. Whelan
United States District Judge